**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark A. Shorette                                   CHAPTER 13
                     Debtor(s)

                                                          BKY. NO. 22-11017 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
05 May 2022, 12:53:58, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8c2caae0a86dc91fb9e3ae91b5c8d63737dbee6f0f647f6a9003f90b8b977b87