| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| 46K | 032061 | L235XX | | 0020689551 | 1 |
| | | | Employee ID 6628646 | | |

Page 1 (Con'l Next Page)

**sodexo**

SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

## Earnings Statement

**ADP**

Period Beginning:   04/08/2022
Period Ending:      04/21/2022
Pay Date:           04/28/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 75.38 | 1,507.60 | 7,509.40 |
| Overtime | 30.0000 | 24.95 | 748.50 | 1,858.50 |
| Holiday N | | | | 77.60 |
| **Gross Pay** | | | **$2,256.10** | 9,445.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -171.32 | 759.09 |
| | Social Security Tax | -139.88 | 585.62 |
| | Medicare Tax | -32.71 | 136.96 |
| | PA State Income Tax | -69.26 | 289.97 |
| | Bethlehem Ci Income Tax | -22.56 | 94.45 |
| | PA SUI Tax | -1.36 | 5.67 |
| Other | | | |
| | L S T | -2.00 | 10.00 |
| | 401K Pre Basic | -22.56* | 58.15 |
| **Net Pay** | | | **$1,794.45** |
| **Net Check** | | | **$1,794.45** |

Correction: 7.28 OT Hours for 03/25/22 - 04/07/22

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,233.54

**Other Benefits and Information**   this period   total to date
Tot Work Hours                       100.33
Hs Sick                                                3.25
Hs Vac Unvested                                       16.28
FLSA Non-Exempt

**Deposits**
Account No.                          xxxxxxxx5281
Transit/ABA                          xxxx xxxx
Pending

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:           Single
Exemptions/Allowances:
   PA:           N/A

---

**sodexo**

SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                               62-20/311
Payroll check number:  0020689551
Pay date:              04/28/2022

Pay to the order of:   MARK A SHORETTE

This amount:   ONE THOUSAND SEVEN HUNDRED NINETY FOUR AND 45/100 DOLLARS         $1794.45

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

THIS IS NOT A CHECK

CITIBANK, N.A.
ONE PENN'S WAY
NEW CASTLE, DE 19720

***VOID AFTER 180 DAYS

```
CO.   FILE    DEPT.    CLOCK NUMBER
46K   032061  L235XX    0020673410    1
                      Employee ID 6628646
```



SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

# Earnings Statement 

Period Beginning:    03/25/2022
Period Ending:       04/07/2022
Pay Date:            04/14/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 73.67 | 1,473.40 | 6,001.80 |
| Overtime | 30.0000 | 16.25 | 487.50 | 1,110.00 |
| Holiday N | | | | 77.60 |
| **Gross Pay** | | | **$1,960.90** | 7,189.40 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -165.28 | 587.77 |
| Social Security Tax | | -121.57 | 445.74 |
| Medicare Tax | | -28.44 | 104.25 |
| PA State Income Tax | | -60.20 | 220.71 |
| Bethlehem Ci Income Tax | | -19.61 | 71.89 |
| PA SUI Tax | | -1.17 | 4.31 |
| **Other** | | | |
| L S T | | -2.00 | 8.00 |
| 401K Pre Basic | | -19.61* | 35.59 |
| **Net Pay** | | **$1,543.02** | |
| **Net Check** | | **$1,543.02** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 89.92 | |
| Hs Sick | | 2.62 |
| Hs Vac Unvested | | 13.10 |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:    Single
Exemptions/Allowances:
   PA:    N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,941.29

© 2020 ADP

---



SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                                                62-20/311
Payroll check number:    0020673410
Pay date:                04/14/2022

Pay to the order of:    MARK A SHORETTE

This amount:    ONE THOUSAND FIVE HUNDRED FORTY THREE AND 02/100 DOLLARS            $1543.02

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**THIS IS NOT A CHECK**

CITIBANK, N.A.
ONE PENN'S WAY
NEW CASTLE, DE 19720

***VOID AFTER 180 DAYS***

| CO. 46K | FILE 032061 | DEPT. L235XX | CLOCK NUMBER 0020647697   1 |
|---|---|---|---|
| | | | Employee ID 6628646 |

## Earnings Statement 

**SODEXO, INC. AND AFFILIATED COMPANIES**
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning:  03/11/2022
Period Ending:     03/24/2022
Pay Date:          03/31/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 70.17 | 1,403.40 | 4,528.40 |
| Overtime | 30.0000 | 6.50 | 195.00 | 622.50 |
| Holiday N | | | | 77.60 |
| **Gross Pay** | | | **$1,598.40** | 5,228.50 |

### Deductions

**Statutory**
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -122.22 | 422.49 |
| Social Security Tax | -99.10 | 324.17 |
| Medicare Tax | -23.17 | 75.81 |
| PA State Income Tax | -49.07 | 160.51 |
| Bethlehem Ci Income Tax | -15.98 | 52.28 |
| PA SUI Tax | -0.96 | 3.14 |

**Other**
| | | |
|---|---|---|
| L S T | -2.00 | 6.00 |
| 401K Pre Basic | -15.98* | 15.98 |

**Net Pay**  $1,269.92

**Net Check**  $1,269.92

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,582.42

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 76.67 | |
| Hs Sick | | 1.92 |
| Hs Vac Unvested | | 9.65 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

---

**SODEXO, INC. AND AFFILIATED COMPANIES**
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                                          62-20/311
Payroll check number:  0020647697
Pay date:              03/31/2022

Pay to the order of:   MARK A SHORETTE

This amount:  ONE THOUSAND TWO HUNDRED SIXTY NINE AND 92/100 DOLLARS    $1269.92

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

**THIS IS NOT A CHECK**

CITIBANK, N.A.
ONE PENN'S WAY
NEW CASTLE, DE 19720

***VOID AFTER 180 DAYS***

```
CO.    FILE    DEPT.    CLOCK   NUMBER
46K    032061  L235XX           0020634877    1
                        Employee ID 6628646
```



SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

## Earnings Statement

Period Beginning:    02/25/2022
Period Ending:       03/10/2022
Pay Date:            03/17/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 76.50 | 1,530.00 | 3,125.00 |
| Overtime | 30.0000 | 4.00 | 120.00 | 427.50 |
| Holiday N | | | | 77.60 |
| **Gross Pay** | | | **$1,650.00** | 3,630.10 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 80.50 | |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -130.33 | 300.27 |
| | Social Security Tax | -102.30 | 225.07 |
| | Medicare Tax | -23.93 | 52.64 |
| | PA State Income Tax | -50.65 | 111.44 |
| | Bethlehem Ci Income Tax | -16.50 | 36.30 |
| | PA SUI Tax | -0.99 | 2.18 |
| | Other | | |
| | L S T | -2.00 | 4.00 |
| | **Net Pay** | **$1,323.30** | |
| | **Net Check** | **$1,323.30** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:    Single
Exemptions/Allowances:
    PA:    N/A

Your federal taxable wages this period are
$1,650.00

---



SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                                         62-20/311
Payroll check number: 0020634877
Pay date:             03/17/2022

Pay to the
order of:    MARK A SHORETTE

This amount:    ONE THOUSAND THREE HUNDRED TWENTY THREE AND 00/100 DOLLARS        $1323.30

CITIBANK, N.A.              VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
ONE PENN'S WAY
NEW CASTLE, DE 19720

***VOID AFTER 180 DAYS***

**THIS IS NOT A CHECK**

```
CO.    FILE     DEPT.    CLOCK  NUMBER
46K    032061   L235XX          0020600386     1
                        Employee ID 6628646
```



SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

# Earnings Statement

Period Beginning: 02/11/2022
Period Ending: 02/24/2022
Pay Date: 03/03/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

MARK A SHORETTE
2358 JENNIE AVE
ALLENTOWN PA 18104-1029

| Earnings  | rate    | hours | this period | year to date |
|-----------|---------|-------|-------------|--------------|
| Regular   | 20.0000 | 79.75 | 1,595.00    | 1,595.00     |
| Overtime  | 30.0000 | 10.25 | 307.50      | 307.50       |
| Holiday N | 20.0000 | 3.88  | 77.60       | 77.60        |
| Gross Pay |         |       | $1,980.10   | 1,980.10     |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 90.00 | |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

| Deductions | Statutory |  |  |
|---|---|---|---|
| | Federal Income Tax | -169.94 | 169.94 |
| | Social Security Tax | -122.77 | 122.77 |
| | Medicare Tax | -28.71 | 28.71 |
| | PA State Income Tax | -60.79 | 60.79 |
| | Bethlehem Ci Income Tax | -19.80 | 19.80 |
| | PA SUI Tax | -1.19 | 1.19 |
| | **Other** | | |
| | L S T | -2.00 | 2.00 |
| | **Net Pay** | **$1,574.90** | |
| | **Net Check** | **$1,574.90** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

Your federal taxable wages this period are
$1,980.10

---

SODEXO, INC. AND AFFILIATED COMPANIES
THE WOOD COMPANY
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

46K                                   62-20/311
Payroll check number: 0020600386
Pay date:             03/03/2022

Pay to the order of:  MARK A SHORETTE

This amount: ONE THOUSAND FIVE HUNDRED SEVENTY FOUR AND 90/00 DOLLARS      $1574.90

**THIS IS NOT A CHECK**
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

CITIBANK, N.A.
ONE PENN'S WAY
NEW CASTLE, DE 19720

***VOID AFTER 180 DAYS***