| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 22-11017-PMM**

Mark A. Shorette  
2358 Jennie Avenue  
Allentown  PA    18104

Petition Filed Date: 04/21/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/05/2022 | $629.00 | | 08/01/2022 | $629.00 | | | | |

**Total Receipts for the Period:  $1,258.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,258.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $2,129.06 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  002 | Unsecured Creditors | $7,619.63 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $611.10 | $0.00 | $0.00 |
| 0 | PAUL H YOUNG, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»»  004 | Unsecured Creditors | $3,359.04 | $0.00 | $0.00 |
| 5 | KEYBANK N.A.<br>»»  005 | Unsecured Creditors | $1,297.69 | $0.00 | $0.00 |
| 6 | WELLS FARGO<br>»»  006 | Unsecured Creditors | $5,014.73 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $6,102.96 | $0.00 | $0.00 |
| 8 | FLAGSTAR BANK<br>»»  008 | Mortgage Arrears | $46,458.15 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11017-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,258.00 | Current Monthly Payment: | $629.00 |
| Paid to Claims: | $0.00 | Arrearages: | $629.00 |
| Paid to Trustee: | $100.64 | Total Plan Base: | $45,390.00 |
| Funds on Hand: | $1,157.36 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.