UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Mark A. Shorette<br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.22-11017-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of August, 2022, by first class mail upon those listed below:

Mark A. Shorette
2358 Jennie Avenue
Allentown, PA  18104

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

　　　　　　　　　　　　　　　　　　　　／s/ Kristen Gliem
　　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee