IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MARK A. SHORETTE | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 22-11017-PMM |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| **Moving Party** | ) | 11 U.S.C. 362 |
| v. | ) | |
| | ) | 11 U.S.C. 1301 |
| MARK A. SHORETTE | ) | |
| STACY A. DIETZ | ) | |
| **Respondent(s)** | ) | HEARING DATE: **11-22-22 at 10:00 AM** |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about December 27, 2022 in the above matter is APPROVED.

Dated: **January 3, 2023**

BY THE COURT:

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE