# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Mark A. Shorette <br>             Debtor(s) <br><br> LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns <br>             Movant <br>      vs. <br> Mark A. Shorette <br>             Debtor(s) <br><br> Scott F. Waterman <br>             Trustee | CHAPTER 13 <br><br> NO. 22-11017 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **July 18, 2022, docket number 18**.

                 Respectfully submitted,

                 /s/ Brian C. Nicholas, Esq.
                 _____

                 Brian C. Nicholas, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215)-627-1322

Dated: January 23, 2023