United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11017-pmm

Mark A. Shorette     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Apr 20, 2023     Form ID: 155     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 14688921 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727933 | + | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown NJ 08057-3125 |
| 14729071 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14729072 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14685363 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14685348 | ^ | MEBN | Apr 20 2023 23:53:06 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 14685347 | ^ | MEBN | Apr 20 2023 23:53:06 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14685350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 00:02:40 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14685349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2023 00:02:40 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14685710 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2023 23:57:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14685351 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2023 23:57:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14685352 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2023 23:57:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14698502 | | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 23:57:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14685353 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 23:57:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14685354 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 23:57:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14696339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 20 2023 23:57:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14687831 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 00:02:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14685355 | | Email/Text: camanagement@mtb.com | Apr 20 2023 23:57:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14685356 | | Email/Text: camanagement@mtb.com | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 20 2023 23:57:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14692072 | + | Email/Text: camanagement@mtb.com | Apr 20 2023 23:57:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14687263 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 23:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685358 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 23:57:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14685357 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 23:57:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14697168 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2023 00:02:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14685359 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 00:02:31 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14685360 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 00:02:20 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14685852 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 00:02:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696479 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 21 2023 00:02:18 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14685361 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 21 2023 00:02:29 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14685362 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 21 2023 00:02:19 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 155 | Total Noticed: 31 |

JAMES RANDOLPH WOOD
    on behalf of Creditor South Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

PAUL H. YOUNG
    on behalf of Debtor Mark A. Shorette support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark A. Shorette
    Debtor(s)

Chapter: 13
Bankruptcy No: 22−11017−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                    Patricia M. Mayer
                                    Judge ,
                                    United States Bankruptcy Court

                                                56
                                           Form 155