# EXHIBIT C

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683

When Recorded Return To:
Cenlar FSB C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Tax Code/PIN#:

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Cenlar FSB. 425 Phillips Blvd, Ewing, NJ 08618, telephone # 1-800-223-6527, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 1901 E Voorhees St., Suite C, Danville, IL 61834)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **LAKEVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, MS 5-251, CORAL GABLES, FL 33146 (800)223-6527, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 03/21/2018, in the amount of $130,000.00 made by **MARK A SHORETTE, A SINGLE MAN.** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS** recorded on 03/23/2018, in the Office of the Recorder of Deeds of **LEHIGH** County, in the State of **Pennsylvania**, in **Instrument # 2018007563**.

Property is more commonly known as: 2358   JENNIE AVE SOUTH WHITEHALL TOWNSHIP, ALLENTOWN, PA 18104.

Dated this 02nd day of August in the year 2019
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS

By: _____S Hurtado_____
SAMUEL HURTADO
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  DEFAULT
N1 MIN             MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 1901 E Voorhees St., Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026, DOCR T021908-12:35:38 [C-2] FFRMPA1

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 02nd day of August in the year 2019, by Samuel Hurtado as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**MICHELLE BROWN**
**COMM EXPIRES: 10/13/2020**

MICHELLE BROWN
Notary Public - State of Florida
My Commission #GG 38514
Expires October 13, 2020

Assignment of Mortgage from:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR UNITED WHOLESALE MORTGAGE, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 1901 E Voorhees St., Suite C, Danville, IL 61834)**
to:
**LAKEVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, MS 5-251, CORAL GABLES, FL 33146 (800)223-6527, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **MARK A SHORETTE, A SINGLE MAN.**

All that certain lot or piece of ground situated in
Mortgage Premise: 2358   JENNIE AVE SOUTH WHITEHALL TOWNSHIP
                         ALLENTOWN, PA 18104
                         LEHIGH
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

**Certificate of Residence**

I, **Samuel Hurtado**, do certify that the precise address of the within named Assignee is:
**LAKEVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, MS 5-251, CORAL GABLES, FL 33146 (800)223-6527, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

_____
**SAMUEL HURTADO**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) DEFAULT  N1 MIN  MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 1901 E Voorhees St., Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026  DOCR T021908-12:35:38 [C-2] FERMPA1

*ANDREA E. NAUGLE*
*LEHIGH COUNTY CLERK OF JUDICIAL RECORDS*



**Recorder of Deeds Division**
Karen S. Collura, Chief Deputy
Lehigh County Courthouse
455 W. Hamilton Street - Room 122
Allentown, PA 18101-1614
(610) 782-3162

\*RETURN DOCUMENT TO:
NATIONWIDE TITLE CLEARING INC.
2100 ALT 19 NORTH
PALM HARBOR, FL 34683

**Instrument Number - 2019021715**
Recorded On 8/5/2019 At 9:25:46 AM
\* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 374656    User ID: LSA    **\*Total Pages - 3**
\* Grantor - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
\* Grantee - LAKEVIEW LOAN SERVICING LLC
\* Customer - SIMPLIFILE LC E-RECORDING

\* <u>FEES</u>

```
STATE WRIT TAX           $0.50
STATE JCS               $40.25
RECORDING FEES          $15.00
COUNTY ARCHIVES FEE      $2.00
ROD ARCHIVES FEE         $3.00
UPI CERTIFICATION FEES  $10.00
TOTAL PAID              $70.75
```

I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Lehigh County, Pennsylvania



Andrea E. Naugle
Clerk of Judicial Records
Recorder of Deeds Division

**LCGIS Registry UPI Certification
On August 5, 2019 By TLL**

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

**INSTRUMENT NUMBER - 2019021715**


00903X