# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark A. Shorette<br>　　　　Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>　　　　Movant<br>vs.<br>Mark A. Shorette<br>　　　　Debtor(s) | NO. 22-11017 PMM |
| Scott F. Waterman<br>　　　　Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of LAKEVIEW LOAN SERVICING, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 8, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Mark A. Shorette
2358 Jennie Avenue
Allentown, PA 18104

Attorney for Debtor(s)
Paul H. Young,, Esq.
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
VIA ECF

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIA ECF

Office of the US Trustee
UNITED STATES TRUSTEE
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: June 8, 2023

/s/ Michael P. Farrington
_____
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant