| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-11017-PMM

Mark A. Shorette  
2358 Jennie Avenue  
Allentown  PA     18104

Petition Filed Date: 04/21/2022  
341 Hearing Date: 06/28/2022  
Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $629.00 | | 09/30/2022 | $1.00 | | 10/07/2022 | $629.00 | |
| 10/07/2022 | $629.00 | | 11/07/2022 | $629.00 | | 12/07/2022 | $629.00 | |
| 01/30/2023 | $1,689.00 | | 03/23/2023 | $1,689.00 | | 04/20/2023 | $1,689.00 | |
| 07/14/2023 | $1,689.00 | | | | | | | |

**Total Receipts for the Period: $9,902.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,531.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $31,838.49 | $4,123.26 | $27,715.23 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»» 002 | Unsecured Creditors | $7,619.63 | $0.00 | $7,619.63 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $611.10 | $0.00 | $611.10 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Unsecured Creditors | $3,359.04 | $0.00 | $3,359.04 |
| 5 | KEYBANK N.A.<br>»» 005 | Unsecured Creditors | $1,297.69 | $0.00 | $1,297.69 |
| 6 | WELLS FARGO<br>»» 006 | Unsecured Creditors | $5,014.73 | $0.00 | $5,014.73 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $6,102.96 | $0.00 | $6,102.96 |
| 8 | FLAGSTAR BANK<br>»» 008 | Mortgage Arrears | $46,458.15 | $2,193.28 | $44,264.87 |
| 9 | SOUTH WHITEHALL TOWNSHIP C/O<br>»» 009 | Secured Creditors | $2,397.88 | $113.20 | $2,284.68 |

Chapter 13 Case No. 22-11017-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,531.00 | Current Monthly Payment: | $1,759.00 |
| Paid to Claims: | $9,654.74 | Arrearages: | $3,588.00 |
| Paid to Trustee: | $876.26 | Total Plan Base: | $93,274.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.