**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark A. Shorette <u>Debtor(s)</u> | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC <u>Movant</u> vs. | NO. 22-11017 PMM |
| Mark A. Shorette <u>Debtor(s)</u> | |
| Scott F. Waterman <u>Trustee</u> | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __2nd__ day of __October__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
Hon. Patricia M. Mayer
United States Bankruptcy Judge