# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** MARK A. SHORETTE | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 22-11017 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Mark A. Shorette, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Credit Acceptance Corporation on October 30, 2023. Motion to Modify will be filed hereafter which will address the arrears referenced in the Certificate of Default.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: October 31, 2023