United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11017-pmm

Mark A. Shorette     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Oct 31, 2023     Form ID: 167     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 14688921 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727933 | + | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown NJ 08057-3125 |
| 14729071 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14729072 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14685363 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2023 00:25:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14685348 | ^ | MEBN | Nov 01 2023 00:20:44 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 14685347 | ^ | MEBN | Nov 01 2023 00:20:43 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14685350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:40:47 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14685349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 00:41:01 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14685710 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2023 00:25:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14685351 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2023 00:25:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14685352 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2023 00:25:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14698502 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 01 2023 00:26:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14685353 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 01 2023 00:26:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14685354 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 01 2023 00:26:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14696339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 01 2023 00:26:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14687831 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 00:40:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14685355 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: 167 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 01 2023 00:26:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14685356 | | Email/Text: camanagement@mtb.com | Nov 01 2023 00:26:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14692072 | + | Email/Text: camanagement@mtb.com | Nov 01 2023 00:26:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14687263 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2023 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685358 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2023 00:26:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14685357 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2023 00:26:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14697168 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2023 00:41:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14685359 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 00:30:04 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14685360 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 00:30:31 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14685852 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:41:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696479 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2023 00:41:14 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14685361 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2023 00:30:29 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14685362 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2023 00:30:33 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023         Signature:        /s/Gustava Winters

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Oct 31, 2023     Form ID: 167     Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor South Whitehall Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Mark A. Shorette support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Mark A. Shorette
    Debtor(s)

Case No: 22−11017−pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Credit Acceptance Corporation Filed by Mark A. Shorette

on: 11/30/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 10/31/23

Timothy B. McGrath
Clerk of Court

78 − 77
Form 167