**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARK SHORETTE | : | CHAPTER 13 |
| | | : | |
| | Debtor(s) | : | BANKRUPTY NO. 22-11017 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK:

Kindly withdraw the above Debtor's **Motion to Modify the Confirmed Chapter 13 Plan** (**ECF No. 80**), **together with the Debtor's Objection to Certification of Default (ECF No. 77)** filed by YOUNG, MARR & ASSOCIATES. The Debtor no longer wishes to proceed with the above-captioned Chapter 13 Case.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: November 28, 2023