United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark A. Shorette  
    Debtor

Case No. 22-11017-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 22, 2023      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. Shorette, 2358 Jennie Avenue, Allentown, PA 18104-1029 |
| 14688921 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727933 | + | Morton & Craig, LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown NJ 08057-3125 |
| 14729071 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14729072 | + | South Whitehall Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14685363 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 22 2023 23:44:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 22 2023 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14685348 | ^ | MEBN | Dec 22 2023 23:38:10 | Chimef/str, Po Box 417, San Francisco, CA 94104-0417 |
| 14685347 | ^ | MEBN | Dec 22 2023 23:38:10 | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14685350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:20 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14685349 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:09 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14685710 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14685351 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14685352 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14698502 | | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2023 23:44:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14685353 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2023 23:44:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14685354 | + | Email/Text: cashiering-administrationservices@flagstar.com | Dec 22 2023 23:44:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |

Case 22-11017-pmm   Doc 89   Filed 12/24/23   Entered 12/25/23 00:22:54   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14696339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com Dec 22 2023 23:44:00 | | Keybank NA, 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 14687831 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2023 23:47:20 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14685355 | | Email/Text: camanagement@mtb.com Dec 22 2023 23:44:00 | | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14685356 | | Email/Text: camanagement@mtb.com Dec 22 2023 23:44:00 | | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 14692072 | + | Email/Text: camanagement@mtb.com Dec 22 2023 23:44:00 | | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14687263 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2023 23:44:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14685358 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2023 23:44:00 | | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14685357 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2023 23:44:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14697168 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2023 23:47:29 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14685359 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2023 23:47:10 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14685360 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 22 2023 23:47:10 | | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14685852 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 22 2023 23:47:07 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696479 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2023 23:57:52 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14685361 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2023 23:57:50 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14685362 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2023 23:57:53 | | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 34 |

Date: Dec 24, 2023             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor South Whitehall Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

PAUL H. YOUNG
    on behalf of Debtor Mark A. Shorette support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Mark A. Shorette | Bankruptcy No. 22-11017-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 21, 2023**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE