**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark A. Shorette<br>　　　　　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Mark A. Shorette<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　　　　Trustee | BK NO. 22-11017 PMM<br><br>Chapter 13<br><br>Related to Claim No. 8-1 |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 22, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Mark A. Shorette
2358 Jennie Avenue
Allentown, PA 18104

Attorney for Debtor(s) (via ECF)
Paul H. Young, Esq.
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Trustee (via ECF)
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail,

Dated: May 22, 2023

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgrop.com